IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA, as assignee of Okland Construction Company, Inc., a Connecticut Company,<br><br>          Plaintiff,<br><br>  vs.<br><br>KENDRICK BROS. ROOFING, INC., a Utah corporation; WESTERN ROOFING, INC., a Utah corporation; ZITTING BROTHERS CONSTRUCTION, INC., a Utah corporation; BUILT-TO-LAST, an Idaho corporation; ALLIANCE LEVEL-BUILD, LLC f/k/a FEDERAL CONSTRUCTORS CORPORATION, a Utah limited liability company; UNITED SUBCONTRACTORS, INC. dba TABOR INSULATION, a Utah corporation; STANDARD DRYWALL, INC., a California corporation; HENNESSY COMPANY, an Idaho limited liability company; and DOES 1-10,<br><br>          Defendants. | Case No. 1:10-cv-00604-BLW<br><br>**ORDER OF DISMISSAL OF WESTERN ROOFING, INC., WITH PREJUDICE** |

Counsel having advised the Court that Plaintiff's, The Travelers Indemnity Company of Americas (hereinafter "Travelers") claims against Defendant Western Roofing Inc., have been resolved.

NOW, THEREFORE, IT IS ORDERED that Travelers' claims against Western Roofing Inc., are dismissed with prejudice and without costs. Further, Travelers and Western will bear their own attorney's fees and costs.



DATED: March 26, 2014

_____

B. Lynn Winmill

Chief Judge

United States District Court